# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and fourteen.

Before:    Ralph K. Winter,
                *Circuit Judge*.

_____

Madison 92nd Street Associates, LLC,
    Plaintiff - Appellant,

v.

Courtyard Management Corporation, Marriott International, Inc., Host Hotels & Resorts, Inc., Diamondrock Hospitality Co., The New York Hotel and Motel Trades Council, AFLCIO,
    Defendants - Appellees.

_____
_____

Boies, Schiller & Flexner LLP,
    Appellant,

Madison 92nd Street Associates, LLC,
    Plaintiff - Appellant,

v.

Marriott International, Inc., Diamondrock Hospitality Co., New York Hotel & Motel Trades Council, AFL-CIO, Courtyard Management Corporation, Host Hotels & Resorts, Inc.,
    Defendants - Appellees.

_____

**ORDER**
Docket No. 14-2947

**ORDER**
Docket No. 14-2949 (L);
                  14-2954 (con.)

    Appellant Madison 92nd Street Associates, LLC, moves to sever cases 14-2949 and 14-2954, to consolidate cases 14-2947 and 14-2954, and to remove cases 14-2947 and 14-2954 from the expedited appeals calendar.

    IT IS HEREBY ORDERED that the motion is GRANTED in all respects.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

