# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand and fourteen.

Before:     Richard C. Wesley,
                 *Circuit Judge*.

_____

  Boies, Schiller & Flexner LLP,
     Appellant,

  Madison 92nd Street Associates, LLC,
     Plaintiff,

    v.

  Host Hotels & Resorts, Inc.,
     Defendant-Appellee,

  Marriott International, Inc., *et al.*,
     Defendants.

**ORDER**
Docket No. 14-2949

_____

    Appellee moves for leave to file its response brief under seal, publicly filing a redacted version thereof within 7 days of the filing of the sealed brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

